IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROSEMARY CHAVEZ,

    Plaintiff,

v.        CASE NO. 1:11-cv-00068-MP-GRJ

ERIK DEL'ETOILE, FLORIDA DEFAULT LAW GROUP, NATHAN HERUM, REDBALL RECOVERY INC, ROBERT SCHNEIDER, JOHN STINSON, WELLS FARGO HOME MORTGAGE,

    Defendants.

_____/

## O R D E R

This matter is before the Court Report and Recommendation of the Magistrate Judge, recommending that the complaint be dismissed as frivolous. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that none of the defendants are state actors or acting in concert with state actors to violate a constitutional right. Accordingly, there is no basis for bringing this action in federal court, and it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2. The complaint is dismissed as frivolous and the motion to proceed in forma pauperis is denied.

**DONE AND ORDERED** this *22nd* day of September, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge